UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61891-LEIBOWITZ/AUGUSTIN-BIRCH

JEOFFREY WHITE,

    *Plaintiff*,

v.

BROWARD SHERIFF GREGORY TONY,
*et al.*,

    *Defendants*.
_____/

## ORDER

The parties filed a Joint Stipulation for Final Order of Dismissal [ECF No. 30]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record